# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| TRUC BA TRINH, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | 1:25-CV-06037-ELR-1 |
| GEORGE STERLING, Field Office Director of Ice Atlanta Field Office, TODD LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement, and KRISTI NOEM, Secretary of Homeland Security, and PAMELA BONDI, U.S. Attorney General, | * * * * * * * * * | |
| Defendant. | * * | |

# O R D E R

**IT IS HEREBY ORDERED** that Karen Weinstock is allowed to bring equipment into the United States Courthouse on Tuesday, October 28, 2025, for use during a criminal hearing in Courtroom 1708 on the 17th floor: cellular phone, laptops, and the accompanying chargers and cables.

Proper Identification will be required upon entering the security station on the plaza or lower plaza level. Any equipment shall be subject to inspection by the United States Marshal's Service. This Order shall be Tuesday, October 28, 2025 at

8:00 am, and shall remain in force until the conclusion of the trial.

**SO ORDERED**, this 27th day of October, 2025.

*Eleanor L. Ross*
_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia