IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| T.B.T., | : |
|     Petitioner, | : |
| v. | : Case No. 4:25-cv-373-CDL-CHW |
| | : 28 U.S.C. § 2241 |
| Warden, STEWART DETENTION CENTER,[1] | : |
|     Respondent. | : |

## ORDER TO SHOW CAUSE

The Court received Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 on November 10, 2025, following a transfer from the United States District Court for the Northern District of Georgia. (ECF No. 21). The petition was originally filed in the Northen District on October 21, 2025. Petitioner has paid the required filing fee. Petitioner has also filed a motion for temporary restraining order (ECF No. 4) and a motion for order to show cause (ECF No. 15), which asks the Court to order Respondent to file a return within three days and to produce all evidence supporting Petitioner's detention or pertaining to the revocation of his Order of Supervision.

Respondent has been served through the United States Attorney for the Northern District of Georgia, who appeared on Respondent's behalf at a hearing on Petitioner's

---

[1] [T]he default rule [for claims under 28 U.S.C. § 2241] is that the proper respondent is the warden of the facility where the prisoner is being held, not the Attorney General or some other remote supervisory official.*" Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004) (citations omitted). The Clerk's office is **DIRECTED** to change the docket to reflect the Warden of Stewart Detention Center as the sole appropriately named respondent in this action.

1

motion for temporary restraining order in the Northern District on October 28, 2025, after which the Court for the Northern District determined that it did not have jurisdiction.

Petitioner's motion for order to show cause (ECF No. 15) is hereby **GRANTED**. Pursuant to 28 U.S.C. § 2243, Respondent shall have three (3) days to file a comprehensive return to said application and to Petitioner's motion for temporary restraining order. In the return, Respondent shall specifically state the statutory basis for Petitioner's detention. Respondent is further **ORDERED** to produce all evidence supporting Petitioner's detention within three (3) days. The Court will schedule a hearing as appropriate following the receipt of Respondent's return.

**SO ORDERED**, this 12th day of November, 2025.

s/ Charles H. Weigle<br>
Charles H. Weigle<br>
United States Magistrate Judge